| | | |
|---|---|---|
| Estado Libre Asociado de Puerto Rico TRIBUNAL DE APELACIONES PANEL V | | |
| Mara Joanna Martínez Meléndez<br><br>Recurrente<br><br>Vs.<br><br>Administración De Seguros De Salud<br><br>Recurrida | TA2025RA00070 | *REVISIÓN ADMINISTRATIVA*<br><br>Querella Núm. AC24-11- 091<br><br>SOBRE: Desestimación De Querella |

Panel integrado por su presidente, el Juez Hernández Sánchez, el Juez Bonilla Ortiz y la Jueza Mateu Meléndez.

### SENTENCIA

En San Juan, Puerto Rico, a 11 de agosto de 2025.

Atendida la "*MOCIÓN INFORMATIVA Y AVISO DE DESISTIMIENTO*" presentada el 31 de julio de 2025, por la Sra. Mara Joanna Martínez Meléndez, en el cual informa que no interesa proseguir con el recurso TA2025RA00070, procedemos con el archivo sin perjuicio del recurso de epígrafe según lo solicitado y lo dispuesto en la Regla 83 (A) del Reglamento TA, 2025 TSPR42.

Notifíquese.

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.


Lcda.  Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones